```
                                              FILED           RECEIVED
                                              ENTERED         SERVED ON
                                                      COUNSEL/PARTIES OF RECORD

                                                   JAN 2 3

                                              CLERK US DISTRICT COURT
                                              DISTRICT OF NEVADA
                                           BY:                        DEPUTY
```

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   CRISTINA D. SILVA
3  Assistant United States Attorney
   333 Las Vegas Boulevard South, Suite 5000
4  Las Vegas, Nevada 89101
   702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SUPERSEDING CRIMINAL INFORMATION |
| Plaintiff, | ) | |
| | ) | 2:12-cr-00435-JAD-CWH |
| vs. | ) | **VIOLATIONS:** 18 U.S.C. § 2422(a) – *Coercion and Enticement*; 18 U.S.C. § 922(g)(1) |
| DAVID SAPPER, | ) | |
| Defendant(s). | ) | |

**THE UNITED STATES ATTORNEY FOR THE DISTRICT OF NEVADA CHARGES THAT:**

### Count One
*Coercion and Enticement*

1.   Between on or about February 28, 2012, and on or about February 29, 2012, in the State and Federal District of Nevada,

**DAVID SAPPER,**

defendant herein, did knowingly persuade, induce, and entice an individual who had not attained the age of 18 years to travel to engage in any sexual activity for which any person can be charged with a criminal offense under federal, state and local law, in violation of Title 18, United States Code, Section 2422(a).

...

...

## Count Two
*Felon in Possession of Firearms*

2.  Beginning on a date unknown through or on about February 29, 2012, in the State and Federal District of Nevada,

**DAVID SAPPER,**

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: (1) a 1998 conviction, in the State of Idaho, for Burglary; did knowingly possess a 9mm Glock handgun (serial number LCH365), a Remington .308, model 722 rifle (serial number 362351), a Remington model 870 shotgun (serial number AB403752M), a AR-15 rifle, with optics, (serial number unknown), a SKS .762 rifle (serial number 5416), a Bwest 9mm handgun (serial number P07512), a Smith & Wesson .40 caliber handgun (serial number PAA9581), and a Hawes .357 revolver handgun (serial number 1947413), said possession being in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: this 22nd day of January, 2014.

DANIEL G. BOGDEN
United States Attorney

CRISTINA D. SILVA
Assistant United States Attorney