# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID SAPPER,<br><br>        Defendant. | )<br>)<br>)<br>)  2:12-CR-435-JAD-(CWH)<br>)<br>)<br>)<br>) |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on January 22, 2014, defendant DAVID SAPPER pled guilty to Counts One and Two of a Two-Count Criminal Indictment charging him in Count One with Coercion and Enticement in violation of Title 18, United States Code, Section 2422(b) and in Count Two with Possession of a Firearm by a Convicted Felon in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant DAVID SAPPER agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and the offenses to which defendant DAVID SAPPER pled guilty.

1  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the
2  time under the applicable statute when a petition contesting the forfeiture must be filed, and state the
3  name and contact information for the government attorney to be served with the petition, pursuant to
4  Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

5  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity
6  who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate
7  the validity of the petitioner's alleged interest in the property, which petition shall be signed by the
8  petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and
9  Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's
10 right, title, or interest in the forfeited property and any additional facts supporting the petitioner's
11 petition and the relief sought.

12 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
13 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than
14 thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days
15 after the first day of the publication on the official internet government forfeiture site,
16 www.forfeiture.gov.

17 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
18 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
19 following address at the time of filing:

20     Michael A. Humphreys
    Assistant United States Attorney
21     Daniel D. Hollingsworth
    Assistant United States Attorney
22     Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
23     Las Vegas, Nevada 89101.

24 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
25 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
26

following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 23rd day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE

4