**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00435-JAD-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| DAVID SAPPER, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

IT IS THEREFORE ORDERED that the defendant deadline to file a reply to motion to modify conditions and terminate/reduce term of supervision response be extended to August 30, 2024.

DATED this 27th day of August, 2024.

_____
Jennifer A. Dorsey
United States District Judge

3